IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2014 OCT -7 PM 3: 23
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES OF AMERICA

    VS.

Mario Lopez Garcia
       Petitioner.
_____/

Case No.: 03-CR-00076-009

## MOTION FOR SENTENCE REDUCTION

Comes Now the Petitioner Mario Lopez Garcia, Pro Se and files this Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2). The Petitioner asks the Court to apply to his current drug offense case the recent Amendment 782, "All Drugs Minus Two", which was made retroactive by the United States Sentencing Commission. This new Amendment to the Sentencing Guidelines reduces the Petitioner's drug quantity base offense level, found in U.S.S.G. 2D1.1, by two levels.

This two level reduction decrease in the above case would reduce the Petitioner's Guideline range thus reducing the Petitioner's ultimate sentence. Petitioner asks the Court to review and apply the new applicable Amendment 782 to the Petitioner's sentence of imprisonment accordingly.

Respectfully Submitted,

Mario Lopez Garcia
# 04611-061
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

1 of 2

## CERTIFICATE OF SERVICE

I swear under the penalty perjury that I have mailed and served a copy of this foregoing Motion for Sentence Reduction pursuant to 3582(c)(2) upon the Clerk of Court, U.S. District Court for the Southern District of Indiana to forward on my behalf to all interested parties in this cause.

On this *24th* day of *September* 2014. In the City of Petersburg, State of Virginia 23804.

Mario Lopez Garcia

MARIO GARCIA
REG.No# 04611-061
F.CC PETERSBURG-MED
P.O.BOX1000
PETERSBURG,VA.23804

DATE Sep 24 ,2014

CLERK OF COURT
FOR THE SOUTERN DISTRICT OF INDIANA
46 EAST OHIO STREET
INDIANA,IN.46204

Dear Clerk :

    Please file the enclose motion for sentence reduction pursuant to 18 USC § 3582(c)(2), to the current recent admendment 782, of the sentencing guidelines. please also return copy with your data stamp of when it was filed through your court, in the envoloped that has been pre stamped for return back to sender.

    With all do respect and appreciation, thak you for your assistance.

very truly

MARIO GARCIA

SCANNED