Case 1:03-cr-00076-LJM-DML   Document 2-1   Filed 10/07/14   Page 1 of 1 PageID #: 9

⇔04611-061⇔

Mario Garcia
Federal Correctional Complex
Po.Box 1OOO
Petersburg, VA 23804
United States

RICHMOND

25 SEP 2014

FOREVER

Freedom
FOREVER

RECEIVED

OCT 07 2014

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

⇔04611-061⇔
Us Dc Southern  Indiana
46 East Ohio Street Room 361
Indianapolis, IN 46204
United States

46204190399